# United States Bankruptcy Court
## Southern District of Florida

In re: **Mark E Moran / Jeanie Marie Moran**
Debtor(s)

Case No. **19-20973**
Chapter **13**

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

■ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

☐ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of all payment advices **are not** attached because the debtor:
  ☐ receives disability payments
  ☐ is unemployed and does not receive unemployment compensation
  ☐ receives Social Security payments
  ☐ receives a pension
  ☐ does not work outside the home
  ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

**Joint Debtor (if applicable):**

■ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

☐ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of payment advices **are not** attached because the joint debtor:
  ☐ receives disability payments
  ☐ is unemployed and does not receive unemployment compensation
  ☐ receives Social Security payments
  ☐ receives a pension
  ☐ does not work outside the home
  ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

| /s/ Mark E Moran | Date: | **September  9, 2019** |
|---|---|---|

**Mark E Moran**
Signature of Attorney or Debtor

| /s/ Jeanie Marie Moran | Date: | **September  9, 2019** |
|---|---|---|

**Jeanie Marie Moran**
Signature of Attorney or Joint Debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

**South Florida Orthopaedics & Sports**
1050 SE Monterey Rd
Suite 400
Stuart, FL 34994

## Check Report

| | |
|---|---|
| Period Begin | 7/28/2019 |
| Period Ending | 8/10/2019 |
| Check Date | 8/15/2019 |
| Voucher # | 16684 |

| | | |
|---|---|---|
| Employee ID | **100824** | **Mark E. Moran, MD** |
| Location | **ORTHO-900-514-STUART** | 9394 Cobblestone Brooke Court |
| Salary | **2000.00** | Boynton Beach, FL 33472 |

| Earnings | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| SALARY | 16.00 | | 2000.00 | 2000.00 |
| Totals | 16.00 | | 2000.00 | 2000.00 |

| Deductions | Current | YTD |
|---|---|---|
| Mileage Reimbursemen | -225.00 | -225.00 |
| Totals | -225.00 | -225.00 |

| Taxes | Current | YTD |
|---|---|---|
| FITW | 177.48 | 177.48 |
| MED | 29.00 | 29.00 |
| SS | 124.00 | 124.00 |
| Totals | 330.48 | 330.48 |

This report does not meet the legal requirements for notifying employees of their wages

---

**South Florida Orthopaedics & Sports**
1050 SE Monterey Rd
Suite 400
Stuart, FL 34994

**Check Date**    **Voucher #**
8/15/2019          16684

Mark E. Moran, MD
9394 Cobblestone Brooke Court
Boynton Beach, FL 33472

| Bank | Routing | Account | Type | Amount | YTD |
|---|---|---|---|---|---|
| BANK OF AMERICA | | ***3593 | Checking | 1,894.52 | 1,894.52 |
| Net Pay | | | | 1,894.52 | 1,894.52 |

VOID - THIS IS NOT A CHECK



| ORTHO HNN LLC | 670 GLADES RD #200<br>BOCA RATON, FL 33431 | Oasis GREEN Team: 888/627-4735 |
|---|---|---|

**Pay stub details for Moran, Jeanie - A43541**

| Check #: | Pay Date: | Period Start: | Period End: | Net Pay: |
|---|---|---|---|---|
| 34964917 | 06-07-2019 | 05-20-2019 | 06-02-2019 | 1,244.78 |

**Tax Withholding Status**

| Tax Authority: | Withholding Status: | Allowances: | Additional Amount: |
|---|---|---|---|
| FEDERAL GOVERNMENT | M | 4 | 0.00 |

| Tax Authority: | Withholding Status: | Allowances: | Additional Amount: |
|---|---|---|---|
| FLORIDA | | | |

**Earnings**

| Description | Rate | Hours | Amount |
|---|---|---|---|
| REGULAR PAY | 20.0000 | 68.90 | 1,378.00 |
| Total | | | 1,378.00 |

**Direct Deposit**

| Type | Account | Amount |
|---|---|---|
| C | XXXXXXX93593 | 1,244.78 |

| Deductions | | Taxes | |
|---|---|---|---|
| Description | Amount | Description | Amount |
| | 0.00 | FEDERAL INCOME TAX | 27.80 |
| Total | 0.00 | MEDICARE - EE | 19.98 |
| | | SOCIAL SECURITY - EE | 85.44 |
| | | Total | 133.22 |

Page 1



| ORTHO HNN LLC | 670 GLADES RD #200<br>BOCA RATON, FL 33431 | Oasis GREEN Team: 888/627-4735 |
|---|---|---|

**Pay stub details for Moran, Jeanie - A43541**

| Check #: | Pay Date: | Period Start: | Period End: | Net Pay: |
|---|---|---|---|---|
| 35100314 | 06-21-2019 | 06-03-2019 | 06-16-2019 | 1,242.65 |

**Tax Withholding Status**

| Tax Authority: | Withholding Status: | Allowances: | Additional Amount: |
|---|---|---|---|
| FEDERAL GOVERNMENT | M | 4 | 0.00 |

| Tax Authority: | Withholding Status: | Allowances: | Additional Amount: |
|---|---|---|---|
| FLORIDA | | | |

**Earnings**

| Description | Rate | Hours | Amount |
|---|---|---|---|
| REGULAR PAY | 20.0000 | 68.77 | 1,375.40 |
| Total | | | 1,375.40 |

**Direct Deposit**

| Type | Account | Amount |
|---|---|---|
| C | XXXXXXX93593 | 1,242.65 |

| Deductions | | Taxes | |
|---|---|---|---|
| Description | Amount | Description | Amount |
| | 0.00 | FEDERAL INCOME TAX | 27.54 |
| Total | 0.00 | MEDICARE - EE | 19.94 |
| | | SOCIAL SECURITY - EE | 85.27 |
| | | Total | 132.75 |

Page 1



| ORTHO HNN LLC | 670 GLADES RD #200<br>BOCA RATON, FL 33431 | Oasis GREEN Team: 888/627-4735 |
|---|---|---|

### Pay stub details for Moran, Jeanie - A43541

| Check #: | Pay Date: | Period Start: | Period End: | Net Pay: |
|---|---|---|---|---|
| 35289502 | 07-05-2019 | 06-17-2019 | 06-30-2019 | 1,359.75 |

### Tax Withholding Status

| Tax Authority: | Withholding Status: | Allowances: | Additional Amount: |
|---|---|---|---|
| FEDERAL GOVERNMENT | M | 4 | 0.00 |
| FLORIDA | | | |

### Earnings

| Description | Rate | Hours | Amount |
|---|---|---|---|
| REGULAR PAY | 20.0000 | 75.88 | 1,517.60 |
| Total | | | 1,517.60 |

### Direct Deposit

| Type | Account | Amount |
|---|---|---|
| C | XXXXXXX93593 | 1,359.75 |

| Deductions | | Taxes | |
|---|---|---|---|
| Description | Amount | Description | Amount |
| | 0.00 | FEDERAL INCOME TAX | 41.76 |
| Total | 0.00 | MEDICARE - EE | 22.00 |
| | | SOCIAL SECURITY - EE | 94.09 |
| | | Total | 157.85 |



| ORTHO HNN LLC | 670 GLADES RD #200<br>BOCA RATON, FL 33431 | Oasis GREEN Team: 888/627-4735 |

**Pay stub details for Moran, Jeanie - A43541**

| Check #: | Pay Date: | Period Start: | Period End: | Net Pay: |
|---|---|---|---|---|
| 35453796 | 07-19-2019 | 07-01-2019 | 07-14-2019 | 1,480.30 |

**Tax Withholding Status**

| Tax Authority: | Withholding Status: | Allowances: | Additional Amount: |
|---|---|---|---|
| FEDERAL GOVERNMENT | M | 4 | 0.00 |

| Tax Authority: | Withholding Status: | Allowances: | Additional Amount: |
|---|---|---|---|
| FLORIDA | | | |

**Earnings**

| Description | Rate | Hours | Amount |
|---|---|---|---|
| REGULAR PAY | 20.0000 | 70.58 | 1,411.60 |
| OVERTIME PAY | 30.0000 | 3.08 | 92.40 |
| HOLIDAY PAY | 20.0000 | 8.00 | 160.00 |
| Total | | | 1,664.00 |

**Direct Deposit**

| Type | Account | Amount |
|---|---|---|
| C | XXXXXXX93593 | 1,480.30 |

| Deductions | | Taxes | |
|---|---|---|---|
| Description | Amount | Description | Amount |
| | 0.00 | FEDERAL INCOME TAX | 56.40 |
| Total | 0.00 | MEDICARE - EE | 24.13 |
| | | SOCIAL SECURITY - EE | 103.17 |
| | | Total | 183.70 |



| ORTHO HNN LLC | 670 GLADES RD #200<br>BOCA RATON, FL 33431 | Oasis GREEN Team: 888/627-4735 |
|---|---|---|

**Pay stub details for Moran, Jeanie - A43541**

| Check #: | Pay Date: | Period Start: | Period End: | Net Pay: |
|---|---|---|---|---|
| 35594513 | 08-02-2019 | 07-15-2019 | 07-28-2019 | 950.96 |

**Tax Withholding Status**

| Tax Authority: | Withholding Status: | Allowances: | Additional Amount: |
|---|---|---|---|
| FEDERAL GOVERNMENT | M | 4 | 0.00 |
| FLORIDA | | | |

**Earnings**

| Description | Rate | Hours | Amount |
|---|---|---|---|
| REGULAR PAY | 20.0000 | 74.53 | 1,490.60 |
| OVERTIME PAY | 30.0000 | 2.52 | 75.60 |
| Total | | | 1,566.20 |

**Direct Deposit**

| Type | Account | Amount |
|---|---|---|
| C | XXXXXXX93593 | 950.96 |

| Deductions | | Taxes | |
|---|---|---|---|
| Description | Amount | Description | Amount |
| MEDICAL 125 | 447.50 | FEDERAL INCOME TAX | 0.00 |
| DENTAL 125 | 29.00 | MEDICARE - EE | 15.64 |
| VISION 125 | 11.50 | SOCIAL SECURITY - EE | 66.85 |
| LIFE INS | 44.75 | Total | 82.49 |
| Total | 532.75 | | |

Page 1



| ORTHO HNN LLC | 670 GLADES RD #200<br>BOCA RATON, FL 33431 | Oasis GREEN Team: 888/627-4735 |
|---|---|---|

### Pay stub details for Moran, Jeanie - A43541

| Check #: | Pay Date: | Period Start: | Period End: | Net Pay: |
|---|---|---|---|---|
| 35742947 | 08-16-2019 | 07-29-2019 | 08-11-2019 | 995.23 |

### Tax Withholding Status

| Tax Authority: | Withholding Status: | Allowances: | Additional Amount: |
|---|---|---|---|
| FEDERAL GOVERNMENT | M | 4 | 0.00 |

| Tax Authority: | Withholding Status: | Allowances: | Additional Amount: |
|---|---|---|---|
| FLORIDA | | | |

### Earnings

| Description | Rate | Hours | Amount |
|---|---|---|---|
| REGULAR PAY | 20.0000 | 77.67 | 1,553.40 |
| OVERTIME PAY | 30.0000 | 2.13 | 63.90 |
| Total | | | 1,617.30 |

| Current Deductions | | Current Taxes | |
|---|---|---|---|
| Description | Amount | Description | Amount |
| MEDICAL 125 | 447.50 | FEDERAL INCOME TAX | 2.93 |
| DENTAL 125 | 29.00 | MEDICARE - EE | 16.37 |
| VISION 125 | 11.50 | SOCIAL SECURITY - EE | 70.02 |
| LIFE INS | 44.75 | Total | 89.32 |
| Total | 532.75 | | |

### Direct Deposit

| Type | Account | Amount |
|---|---|---|
| C | XXXXXXX93593 | 995.23 |

### Paid Time Off

| Description | Carry Over | Accrued | Used | Available |
|---|---|---|---|---|
| PTO | 0.00 | 24.64 | 0.00 | 24.64 |

### YTD Earnings

| Description | Hrs/Units | Amount |
|---|---|---|
| REGULAR PAY | 476.21 | 9,524.20 |
| OVERTIME PAY | 7.73 | 231.90 |
| HOLIDAY PAY | 8.00 | 160.00 |
| | | 9,916.10 |

Page 1

Pay stub details for Moran, Jeanie - A43541

| YTD Deductions | | YTD Taxes | |
|---|---|---|---|
| Description | Amount | Description | Amount |
| MEDICAL SECTION 125 | 895.00 | FEDERAL INCOME TAX | 156.43 |
| DENTAL SECTION 125 | 58.00 | MEDICARE - EE | 129.63 |
| VISION 125 | 23.00 | SOCIAL SECURITY - EE | 554.29 |
| LIFE AFTER TAX | 89.50 | Total | 840.35 |
| Total | 1,065.50 | | |

Page 2